RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

NOV 1 2 2025

DANIEL J. McCOY, CLERK

BY:_____

1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISANA

_____Alexandria_____ DIVISION

TIMOTHY WOODS (Plaintiff )

VERSUS

SYRAH TECHNOLOGIES,LLC

CIVIL ACTION NO. __25-cv-01758__

JUDGE _____

MAGISTRATE JUDGE _____

COMPLAINT

The plaintiff in this case is TIMOTHY WOODS who is a citizen of Mississippi, and whose mailing address is 12 Henderson Street, MS , 39120."

The Defendant is this case Syrah Technologies, LLC, a company located in Vidalia, Louisiana 2001 D A Biglane road.

This court has jurisdiction over this civil action because the plaintiff's claims arise under federal law, in violation of Title VII of Civil Rights Act of 1964, as amended. Race, Retaliation, Discrimination.

I was hired at Syrah Technologies in November of 2022, under the supervision of Mario Trepovicht (225-302-1944), shortly after I was employed, other positions became available that was a better fit for me with my degrees, and credentials with higher pay. As a company policy the new position in the company would be offered to the employ first. There was a new job position posted on the board and mentioned it in the morning meeting. Me and Alica Blanton Payne (601-660-2806) both had master's degree at company which made us both qualified for the new position posted. We both applied for the position, shortly after they no longer offered the position, but later on end up hiring Caucasian that was less qualified than us. In Which lead her to put in resignation letter.

Discrimination also happened to another African American along with me

Name :Timothy Woods
Address : 12 Henderson St. Natchez, MS
Phone : 601-597-8178

× Timothy Woods

The superintendent under Laboratory Technician Mario Trepovicht explained to me, along with other laboratory technicians (Cody Smith 601-597-5060), Brittany Moore (505-396-0834), Maddie Richardson (769-271-2788) that they did not want to hire me because of my hair.

My Superintendent vertically said, in front of the whole lab team, that I was discriminated against because of my hair.

On July 17,2023 I was put on Performance Improvement Plan (PIP) in which made me ineligible for a new position, in which I later discovered this in the interview for a new position.

That fact that they still had an interview with me although knowing I was not eligible for the position due to me being on PIP.

Shortly after I was called into the Human Resource department for investigation on Brittany Moore being written up in retaliated against. For unknown reasons. While I was in Human Resource office. I asked Stephanie Dirr, the director of the department. Why I was denied training, and other opportunities while others were able to take the training class. After her investigation she admitted that I was being discriminated against.

I have a recording of me asking HR about the training and her response admitting that I was being discriminated against.

They later terminated Mario behind circumstances related to discrimination, and they also canceled PIP immediately because it was unjustified, and they were no longer going to offer the job position.

I was not offered any training or any other remedies after HR admitting told me I discriminated against.

After Mario was terminated, they did not post the job position as part of their policy, in which I would have been qualified for, instanced they gave position to Danisha Grover, that was interviewed by Mario early for lab technician position.

I had the experience before working and while working, also with my degrees and credentials, would have made a more suitable candidate.

Shortly after Danisha Grover has hired as the new Supervisor, the work environment became increasingly hostile. Danisha would not speak to me in the morning, try to blame me

Name :Timothy Woods
Address : 12 Henderson St. Natchez, MS
Phone : 601-597-8178

× _Timothy Woods_

for another lab tech mistakes. She would not approve my day off Although I put them in ahead of others, and she would approve theirs.

On February 5, 2024, I went to HR and spoke with Ms.Rebacca Posy (318-732-2407) about hostile environment and requested a meeting with Ms.Danisha Grover and Mr. Julio Martin who is her supervisor. I never heard any back from HR regarding the matter.

On my next working day, Ms. Danisha started speaking to me in the morning, speaking in a cordial manner, informing me about things going on in the company. Everything appeared to be okay.

However, on March 29, 2024, without receiving any warning, I received a PIP, less than a month after going to HR.

Once I received the PIP, I wrote a rebuttal to the PIP, which is part of the company policy. The next day was escorted off the premises, and later during the weekend received a call from Ms. Stephanie Dirr. That I was terminated.

On my first PIP, Ms. Stephanie Dirr explained to me how PIP worked, and I also have it recorded by explaining to me how it works. She stated that a PIP performance improvement plan and not a write-up, allows for more one on one and training.

They did not offer me any additional help or training, instead put me back on the same machine when other lab tech could have switched places with me until I had more training or was able to identify the problem.

I was terminated without proper treatment over the terms of Performance Improvement Plan

I would like to request a jury, "I want a trial by jury".


In RELIEF, I am seeking from the court

Back pay - back pay in compensation for lost wages and benefits from the time of the retaliatory action was taken against yearly wages is estimated to be $65,326.80 from April until now total $103,434.10 that does include any raises or bonus.


Name :Timothy Woods
Address : 12 Henderson St. Natchez, MS
Phone : 601-597-8178

x Timothy Woods

Front pay – Compensation for future lost wages if reinstatement is not feasible. One year of salary of $65,326.30

Emotional Distress damages – Payment for psychological suffering or other emotional harm caused by the retaliation. $150,000.00

Punitive damages – Financial penalties awarded to punish the defendant for egregious behavior $130,633.00 ruining credit, financial hardship and job reputation.

For back pay, front pay, emotional distress damages, punitive damages totaled $514,720.20

Court and attorney's fees that is yet to be determined

Reinstatement - The court order to return to previous job position or a job position I was discriminated against and also court fees and attorney's fees

Name :Timothy Woods
Address : 12 Henderson St. Natchez, MS
Phone : 601-597-8178

× _Timothy Woods_